Daniels, J

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 13 2011
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ALOM JAHANGIR,

                              Plaintiff,

    -against-

SCHATZI CORP. d/b/a WALLSE RESTAURANT and
KURT GUTTENBRUNNER,

                             Defendants.
------------------------------------------------------------x

10 CV 6191(GBD)

STIPULATION OF
DISMISSAL AND ORDER

    IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, that this action is hereby dismissed in its entirety with prejudice.

Dated:    New York, New York
               June 10, 2011

JOSEPH, HERZFELD, HESTER &
KIRSCHENBAUM, LLP

*/s/ Maimon Kirschenbaum*

Maimon Kirschenbaum, Esq.
*Attorneys for Plaintiff*
233 Broadway, 5th Floor
New York, New York 10279
212-688-5640
maimo@jhllp.com

LEWIS BRISBOIS BISGAARD & SMITH LLP

*/s/ Peter Shapiro*

Peter T. Shapiro, Esq.
*Attorneys for Defendant*
Schatzi Corp.
77 Water Street, 21st Floor
New York, New York 10005
212-232-1300
pshapiro@lbbslaw.com

4812-2844-9033.1

So Ordered:     JUN 13 2011

*George B. Daniel*
U.S.D.J.